In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00086-CR


______________________________




ERIC LAMOND BAYLESS, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 188th Judicial District Court


Gregg County, Texas


Trial Court No. 35038-A




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Eric Lamond Bayless, appellant, has filed with this Court a motion to dismiss his appeal. The
motion is signed by Bayless and his counsel in compliance with Rule 42.2(a) of the Texas Rules of
Appellate Procedure. See Tex. R. App. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. 
See Tex. R. App. P. 42.2.

 Accordingly, we dismiss the appeal.




 Josh R. Morriss, III

 Chief Justice


Date Submitted: February 19, 2008

Date Decided: February 20, 2008


Do Not Publish